United States District Court
Southern District of Texas
**ENTERED**
June 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUXEYARD, INC. and<br>AMIR MIRESKANDARI,<br><br>          Plaintiffs,<br><br>v.<br><br>OFFIT KURMAN, P.A. and<br>FRANK NOYES,<br><br>          Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. H-20-1658 |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendants' Motion to Dismiss for Forum Non Conveniens, this action is **DISMISSED WITHOUT PREJUDICE**.

The parties will bear their own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 30th day of June, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE